# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| THE ONIONMAN COMPANY, LLC, VIDALIA ORGANICS, INC., and SHAD J. DASHER,<br><br>　　Plaintiffs,<br><br>v.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE COMPANY and SOUTH GEORGIA INSURANCE ASSOCIATES, LLC,<br><br>　　Defendants. | CIVIL ACTION FILE NO.: CV221-048<br>_____ |

## NOTICE OF REMOVAL

Defendant Nationwide Agribusiness Insurance Company ("Nationwide") hereby removes this action from the Superior Court of Long County, Georgia, pursuant to 28 U.S.C. §§ 1441 and 1446, and states as follows:

1.

Plaintiff initiated this action in the Superior Court of Long County, Georgia, on April 20, 2021, where it was styled The Onionman Company, LLC, Vidalia Organics, Inc., et al. v. Nationwide Agribusiness Insurance Company, et al, Civil Action No. SUV2021000066. (Exhibit A.) The complaint was served

on Nationwide's registered agent on April 23, 2021. (Exhibit B.) This notice is filed timely within 30 days thereafter as allowed by 28 U.S.C. § 1446(b).

2.

Plaintiff The Onionman Company, LLC, is a nominal party that does not seek any relief from Defendants such that its citizenship does not affect this Court's diversity jurisdiction. *See* Navarro Sav. Ass'n. v. Lee, 446 U.S. 458, 461 (1980). Moreover, it is a citizen of Georgia as its member Shad J. Dasher is a citizen of Georgia. (Exhibit A, ¶ 5.)

3.

Plaintiff Vidalia Organics, Inc. is a nominal party that does not seek any relief from Defendants such that its citizenship does not affect this Court's diversity jurisdiction. *See* Navarro Sav. Ass'n. v. Lee, 446 U.S. 458, 461 (1980). Moreover, it is a citizen of Georgia where it is incorporated and has its principal place of business. (Exhibit A, ¶ 1.)

4.

Nationwide is a citizen of Iowa, where it is incorporated and has its principal place of business.

5.

South Georgia Insurance Associates, LLC ("SGIA") is a citizen of Georgia for purposes of federal court jurisdiction as its sole member John Paul

Ewaldson is a citizen. However, SGIA has been joined fraudulently such that its citizenship is not considered for purposes of federal court jurisdiction. *See* Stillwell v. Allstate Ins. Co., 663 F.3d 1329, 1332 (11th Cir. 2011). As such, there is complete diversity of citizenship between Plaintiffs and Defendant.

6.

Because SGIA has not been properly joined, its consent is not needed for removal pursuant to 28 U.S.C. § 1446(b)(2)(A). *See* Restivo v. Bank of Am. Corp., 618 F. App'x. 537, 540, n.5 (11th Cir. 2015) ("A fraudulently joined defendant need not consent to removal.") Nevertheless, SGIA has indicated its consent to removal by Nationwide.

7.

Plaintiffs seek more than $75,000, thereby satisfying the amount in controversy for federal court jurisdiction under 28 U.S.C. § 1332(a). Specifically, Plaintiff Dasher seeks the damages that he may recover in the underlying tort action currently pending in the Superior Court of Long County, which he has alleged as $500,000. (Exhibit A, ¶¶ 28, 35 and Exhibit 2 thereto.) In addition, Plaintiffs seek up to $1 million in insurance proceeds "by operation of law" or the "limits of the [uninsured/underinsured motorist] policy" which is $500,000. (Id., ¶¶ 11, 19, 22-24, 27-28 and Exhibit 1 thereto.)

8.

This case is removable to this Court based on its diversity of citizenship jurisdiction pursuant to 28 U.S.C. §§ 1332(a) and 1441.

9.

Because this action was brought in the Superior Court of Long County, Georgia, it is properly removed to the Brunswick Division of the United States District Court for the Southern District of Georgia pursuant to 28 U.S.C. § 1446(a),

10.

Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on Nationwide in the state court action is attached hereto as Exhibits A. In addition, Plaintiffs have stipulated to Nationwide's answer being due June 15, 2021. (Exhibit C.)

11.

Nationwide will file with the Clerk of Court for the Superior Court of Long County a Notice of Filing Notice of Removal pursuant to 28 U.S.C. § 1446(d), attached hereto as Exhibit D.

12.

Nationwide demands a jury on all issues so triable.

- 5 -

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
Lee D. Whatling
Georgia Bar No. 689717
lwhatling@fmglaw.com

*Counsel for Defendant Nationwide Agribusiness Insurance Company*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing **NOTICE OF REMOVAL** by depositing a true and correct copy thereof in the United States mail, postage prepaid, properly addressed, and electronically filed the same with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing, to the following attorneys of record:

J. Robert Persons
Lindsey & Lacy, PC
200 Westpark Drive, Suite 280
Peachtree City, Georgia 30269

Billy Ned Jones
Jones, Osteen & Jones
P.O. Box 800
Hinesville, Georgia 31310

This 21st day of May, 2021.

/s/ Philip W. Savrin
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com

*Counsel for Defendant Nationwide Agribusiness Insurance Company*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960